**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FEB 23 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

JESUS MENDOZA MALDONADO,

    Plaintiff,

v.                                                  Civil Action No. 06-155

KEITH ALEXANDER, et al.,

    Defendants.

## ORDER

This matter comes before the Court on plaintiff's motion for reconsideration. On December 15, 2005, the case was dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b)(1). Plaintiff's current motion raises no additional facts or law that leads the Court to reconsider its decision. Accordingly, it is

**ORDERED** that the motion for reconsideration is **DENIED**.

*/s/ E S Hurch*
United States District Judge

DATE: 2/10/06